1018

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
ARTHUR KIRK, JR., *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
LOUIS BORN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT J.
STEVENS, *Appellant.*

THE STATE OF WASHINGTON, *Appellant,* v. GARY DANIEL
THOMAS, *Respondent.*